# DECEMBER, 1928

FIRST NATIONAL BANK OF LONGVIEW ET AL. V. STATE BANKING BOARD ET AL.

No. 4876.   Decided December 12, 1928.
(11 S. W., 2d Series, 505.)

*Young & Stinchcomb,* for relators.

*Claude Pollard,* Attorney-General, *C. W. Truehart,* Assistant, *Jno. W. Goodwin,* and *L. C. Sutton,* for respondents.

MR. PRESIDING JUDGE HARVEY delivered the opinion of the Commission of Appeals, Section A.

The Supreme Court has this day adopted the opinion of Section B of the Commission, in the case of Edwin Lacey, et al. v. State Banking Board. The holdings in that opinion require the same disposition of this case that is made of that case.

We recommend that the mandamus sought herein be refused.

Opinion of the Commission of Appeals adopted, and mandamus refused.

<div align="right">

*Thomas B. Greenwood,* Associate Justice.
*William Pierson,* Associate Justice.